Case 3:22-cv-00605-TWR-JLB   Document 1   Filed 04/28/22   PageID.1   Page 1 of 14

FILED
Apr 28 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ shellyy    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

Civil Action No. **'22CV0605 TWR JLB**
(To be supplied by the court)

__JEROME L. GRIMES__, Plaintiff

v.

1. __Darryl (DOE)__, *Automobile Repair Shop Customer Service Representative for Def. #2*
2. __Automobile Repair Shop__ of Mossey Nissan Dealership, [Kearny Mesa District]
3. __Leave To "Amend Reserved"__ (Auto Repair Mechanic.)

_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

JEROME L. GRIMES, Jail #: 2022-0659 (TEMPORARY - mailing Address)
Douglas County Jail, 4000 Justice Way, CastleRock, Colorado 80109
(Name, prisoner identification number, and complete mailing address)
• INTENT To Relocate, To State of Louisiana
                                             (440 Friendship Road
_____N/A_____      { Homer, LA. 71040
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

✓ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: *(Please explain)* _____

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Darryl (DOE), •Automobile Repair Shop - Customer Representative -
(Name, job title, and complete mailing address)  for Def. #2 -
Automobile Repair Shop of Mossey Nissan Dealership
8118 Claremont Mesa Blvd., San Diego, CA. 92111.

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ✓ No *(check one)*. Briefly explain:

No. Diversity defendants.

Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.

2

Defendant 2: Mossey Nissan Dealership, of Kearny Mesa Automobile Repair Shop Services Department
(Name, job title, and complete mailing address)
8118 Claremont Mesa Blvd., San Diego, CA. 92111

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ✓ No (*check one*). Briefly explain:
Just a Diversity defendant. Employer of Def. #1 and vicariously liable/Supervisory-Negligent.

Defendant 2 is being sued in his/her ___ individual and/or ✓ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

✓ Other: (*please identify*) Diversity Negligent Litigant (e.g., Supervisory Negligent). (Heaven-v.-Pender, CA (1883) 11 QBD 503, 52 LIQB 702, 49 LT 357, 47 JP 709) Duty of Care owed even with no contract.

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>Negligence (Supervisory Negligence)</u>

Supporting facts:

On <u>December 01, 2021</u>, Defendant #<u>1</u>, Darryl (DOE) of the Automobile <u>Repair Shop</u> Services Department made "<u>ALL - Rental-</u> <u>Car/Auto Repair Shop Loaner Car-</u> <u>Arrangements</u>" with Enterprise Rent-A-Car Company of Los Angeles, LLC., when Plaintiff/(In Pro Se, Plaintiff, Jerome L. Grimes placed His/(Plaintiff's) <u>2018 Nissan Kicks</u> SUV in Defendant #<u>2's</u> Auto <u>Repair Shop</u> Services Department. Defendant #<u>2</u>, Automobile <u>Repair Shop</u> Services Department of Mossey Nissan Dealership of Kearny Mesa District is the Employer of Def. #<u>1</u>, Darryl (DOE). Darryl (DOE's) Duty of Care is to "make" ALL Auto Repair Shop Customer Services Loaner Car Rental Arrangements

4

(SEE: Additional Sheets Attached: <u>4</u> - Sheets)

"D. STATEMENT OF CLAIMS" (Con't)
    CLAIM ONE: (Con't)
and ANY "Follow-up Telephonic Extensions of the Auto Repair Shop Customers' Loaner Vehicle Rental Car Length of Time For Late, Early, or Future RETURN "Dates" (i.e., Stare Decisis Duty of Care to Visitees (e.g., InProSe, Plaintiff) Regarding Rental/Loaner Car Contractual Agreement" (i.e., Enterprise Rent-A-Car Loaner Car Contractual Agreement Number: 52CXJI).
    Defendant #: 2, Auto Repair Shop Services Department of Mossey Nissan Dealership of Kearney Mesa District failed the Duty of Care "Owed" to ALL First Time Visitees (e.g., First Time Auto Repair Shop Users/Customers' UX; First Timer-In Pro Se, Plaintiff Loaner Car User). Defendant #: 1, Auto Repair Shop Customer Service Representative, Darryl (DOE) had a Duty of Care Official Capacity, but an individual non-verbal capacity bias and failed to APPEASE the In Pro Se, Plaintiff, JEROME L. GRIMES of how and—

Attachment: (1 of 4).

"D. STATEMENT OF CLAIMS" (Con't)
   CLAIM ONE: (Con't)

"WHERE" the said <u>Auto Repair</u> Shop Loaner Vehicle was coming from (e.g., from Def.#2's used car lot; from a third party Rental Car "Loaner Car Bid Winner" sub-contracted with Def.#2), which is considered to be a failure of Duty of Care, Negligence of Def.#1, and Supervisory Negligence of Def.#2, who failed to train or demand that Def.#2's customers of <u>Auto Repair</u> Shop Service Department be kept in the Know (i.e., meeting of the minds). This failure of Duty of Care and Bias Treatment Non-verbally created a poor <u>Auto Repair</u> Shop Customer (UX) User Experience that Required the assistance of a middleman between Def.#1, Darryl (Doe) and the In Pro Se, Plaintiff to prevent incident of civil tort magnitude INDUCED by Def.#1, Darryl (Doe's) unprofessional non-verbal bias towards the <u>Auto Repair</u>

Attachment: (2 of 4)

"D. STATEMENT OF CLAIMS" (Con't)
    CLAIM ONE: (Con't)

Shop Visitee/Customer/Plaintiff, Jerome L. Grimes. The middleman mentioned-above was the Plaintiff's Lender, Santander USA (i.e., Santander Consumer USA), who APPEASED Darryl (DOE) on or about, January 21, 2022 on a Recorded Telephone Line: (877) 768-2265 -to- Darryl (DOE)'s: (858) 266-9357 [Def.#1], which means that He/(Darryl DOE) failed Duty of Care "owed" to the Plaintiff/Visitee/AutoRepairShop Customer two-times (i.e., failed Duty of Care twice). (Turrisi -v.- Ponderosa, Inc., 179 A.D. 2d 956 [Repair Shop Visitee] [3d Dep't 1992]).

This establishes the aggravating circumstances of culpability of Def.#1, Darryl (DOE), when the Plaintiff, Jerome L. Grimes was Arrested for Aggravated Motor Vehicle Theft for the above-mentioned Duty of Care, especially when Darryl (DOE) was APPEASED of the Plaintiff's (Def.#1) Unforeseen circumstances; January 20, 2022 (i.e., Intimidation Hardship against the Plaintiff's 1998 Ford Expedition SUV). (See: Reporting Party/(Plaintiff's) Pueblo Police Incident Report Number: 22-001166, January 20, 2022).

"D. STATEMENT OF CLAIMS" (Con't)
   CLAIM ONE: (Con't)

The above-mentioned Unforeseen Circumstances should have prompted the Defendant #1 to Telephonically extend the Auto Repair Shop Loaner Vehicle/Rental Car Contractual Agreement beyond the anticipated Date of January 21, 2022, but, instead the Def. #1 helped a still (Mrs. E. Mendoza) antidate a False Stolen Car Police Report by telling Mrs. E. Mendoza that the Plaintiff's (SEE: Maiden Name) 2018 Nissan Kicks SUV in the Def. #2's Auto Repair Shop was "Repossessed" which is "False". (SEE: San Diego Police Incident Report No.: 22300779E) Mrs. E. Mendoza is the Risk Management Coordinator for Enterprise Rent-A-Car. (SEE: Plaintiff's Lender, Santander USA's Audio + Digital Print-out of their (Santander USA's) Recorded and noted telephonic Conversation/Appeasement to Def. #1, Darryl (DOE) about, January 20, 2022. Def. #1's violation of the Espionage Act of 1979 with Terror INTENT should be a claim HEREIN, so Plaintiff RESERVES the Right to AMEND the complaint.

Attachment: (4 of 4)

E.  **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*). PRE-Incarceration.

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):   Colorado Springs Apt. Mgt.

Docket number and court:   1:20-cv-2728

Claims raised:   Negligence, Fraud/Defamation, Supervisory Negligence

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)   Still Pending

Reasons for dismissal, if dismissed:   N/A

Result on appeal, if appealed:   N/A

(SEE: Additional Sheets Attached: 1-Sheet)

F.  **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___ Yes ___ No (*check one*)   N/A

Did you exhaust administrative remedies?

___ Yes ___ No (*check one*)   N/A

5

"E. PREVIOUS LAWSUITS" (Con't)

- Def.'s
  1. Mr. Johnson,
     (mgr. of Automobile Dealership)
  2. Mr. Morel,
     (Automobile Repair Shop Mechanic)
  3. (JOHN DOE),
     (Empire Nissan Dealership Sales Representative)

  1:22-CV-0869

  Negligence/(Supervisory Negligence)

  Still Pending

  Dismissal: N/A

  Appeal: N/A

---

- Def.'s
  1. A1 Auto Care,
  2. S+R Towing,
  3. Carlsbad Auto Service, Inc.,
  4. Wayne Milack, (OWNER of S+R Towing)

  4:21-CV-____

  Negligence/(Supervisory Negligence), Fraud

  Still Pending

  Dismissal: N/A

  Appeal: N/A

Attachment: (1 of 1)

### G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

An injunction Court Ordering the Def. #1, Darryl (DOE) to stop Extorting (Extortion)/ (Extortioning) the Female Enterprise Rent-A-Car Customer Service Representative who helped the Plaintiff on 12/01/21 (SEE: Front Counter Video Surveillance Security DVD - Enterprise Rent-A-Car 7993 Balboa Ave., San Diego, CA. 92111) at Loaner Car "Pick-up", who was Extorted to "NOT" give the Plaintiff a hardcopy of Rental Car Agreement #52CXJR Sum Certain Amount: $127,000.00 (One Hundred And Twenty-Seven Thousand Dollars),

### H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Jerome L. Hines*
(Plaintiff's signature)

April 21, 2022
(Date)

(Form Revised December 2017)

6

(SEE: Additional Sheet Attached: 1-Sheet)

"G. REQUEST FOR RELIEF" (con't)

which is "SEPARATE" from the other $489,000.00 worth of damages caused from the Def. #1's piece-meal actions illegally and inside-jobbing [ACCRUING] this HEREIN Tort Damages (i.e., 74-Days In Jail/Continuous Imprisonment Hardship) and causing vicarious liability to Plaintiff's "the best mileage on gas operated vehicles/ Cars, Vans, SUV's, and Trucks on the Automobile Market (i.e., Def. 2)", discovered through In Pro Se, Independent Investigation.

Attachment: (1 of 1)





THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016

LEGAL MAIL #P214